# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>CHIPOTLE MEXICAN GRILL, INC., BRIAN NICCOL, and JOHN R. HARTUNG,<br><br>           Defendants. | Case No. 8:24-cv-02459−SPG−JDE<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING TIME FOR DEFENDANTS TO RESPOND TO THE CLASS ACTION COMPLAINT [ECF NO. 12]** |

Before the Court is the Parties' Joint Stipulation Regarding Time for Defendants to Respond to the Class Action Complaint (ECF No. 12 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

2. Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and

Defendants shall meet and confer and propose a schedule to the Court for the filing of an amended and/or consolidated complaint, or designation of an operative complaint, and the response thereto.

**IT IS SO ORDERED.**

Dated: January 10, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE