ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., et al.,<br><br>                Defendants. | Case No. 8:24-cv-02459-SPG-JDE<br><br>CLASS ACTION<br><br>DECLARATION OF JUAN CARLOS SANCHEZ IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:     February 12, 2025<br>TIME:     1:30 p.m.<br>CTRM:   5C<br>JUDGE:  Hon. Sherilyn Peace Garnett |

4915-1151-4381.v1

I, JUAN CARLOS SANCHEZ, declare as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lisa Tai and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Ms. Tai's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:  Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on November 11, 2024;

Exhibit B:  Ms. Tai's sworn Certification;

Exhibit C:  Ms. Tai's estimated loss, prepared by counsel; and

Exhibit D:  Ms. Tai's Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of January, 2025.

s/ Juan Carlos Sanchez
JUAN CARLOS SANCHEZ

- 1 -

4915-1151-4381.v1