# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Lisa Tai ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 ____ day of January, 2025.

DocuSigned by:

4AC1E593BE0E492...

Lisa Tai

## SCHEDULE A

### SECURITIES TRANSACTIONS

**Account 1**

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/08/2024 | 1,000 | $52.55 |
| 02/12/2024 | 1,500 | $52.24 |
| 03/04/2024 | 5,000 | $53.60 |
| 03/27/2024 | 1,000 | $58.40 |
| 03/27/2024 | 1,500 | $58.51 |
| 03/28/2024 | 1,000 | $58.20 |
| 04/02/2024 | 1,500 | $57.28 |
| 04/02/2024 | 50 | $57.30 |
| 04/02/2024 | 2,700 | $57.30 |
| 05/13/2024 | 4,500 | $64.06 |
| 05/16/2024 | 2,500 | $63.10 |
| 05/16/2024 | 1,000 | $63.10 |
| 05/22/2024 | 2,500 | $63.10 |
| 06/10/2024 | 2,500 | $63.38 |
| 06/20/2024 | 5,000 | $65.60 |
| 06/24/2024 | 1,000 | $64.00 |
| 06/28/2024 | 400 | $63.10 |
| 06/28/2024[OA] | 25,000 | $64.90 |
| 06/28/2024[OA] | 20,000 | $64.50 |
| 07/01/2024[OA] | 12,200 | $67.60 |
| 07/02/2024[OA] | 3,100 | $67.60 |
| 07/05/2024[OA] | 9,000 | $67.60 |
| 07/25/2024[OA] | 2,000 | $60.80 |
| 07/25/2024[OA] | 1,500 | $58.40 |
| 08/02/2024[OA] | 1,000 | $55.00 |
| 04/30/2024[CS] | 1,000 | $63.24 |
| 05/01/2024[CS] | 2,000 | $62.80 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/08/2024 | 2,500 | $53.18 |
| 02/28/2024 | 750 | $53.38 |
| 02/29/2024 | 2,500 | $53.76 |
| 03/01/2024 | 5,000 | $53.82 |
| 03/04/2024 | 4,500 | $54.23 |
| 03/04/2024 | 500 | $54.16 |
| 04/10/2024 | 750 | $59.10 |
| 04/10/2024 | 250 | $58.92 |
| 04/11/2024 | 750 | $59.92 |
| 04/16/2024 | 1,000 | $58.70 |
| 04/18/2024 | 4,500 | $58.30 |

Exhibit B
004

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/18/2024 | 500 | $58.22 |
| 05/28/2024 | 2,500 | $63.10 |
| 05/28/2024 | 500 | $62.88 |
| 06/06/2024 | 1,000 | $64.02 |
| 06/25/2024 | 5,000 | $65.22 |
| 07/02/2024 | 1,000 | $60.94 |
| 07/03/2024 | 5,000 | $62.50 |
| 07/03/2024 | 1,000 | $61.90 |
| 07/03/2024 | 1,900 | $61.80 |
| 07/16/2024 | 1,000 | $57.90 |
| 07/16/2024 | 800 | $57.00 |
| 07/18/2024 | 1,500 | $53.00 |
| 07/19/2024 | 500 | $53.50 |
| 07/24/2024 | 1,000 | $53.00 |
| 07/24/2024 | 7,000 | $52.00 |
| 08/02/2024 | 500 | $52.46 |
| 08/02/2024 | 500 | $52.60 |
| 08/02/2024 | 2,500 | $52.00 |
| 08/05/2024 | 106 | $52.60 |
| 08/05/2024 | 500 | $52.20 |
| 08/05/2024 | 2,000 | $52.50 |
| 08/06/2024 | 1,000 | $53.50 |
| 08/12/2024 | 1,000 | $56.25 |
| 08/12/2024 | 1,000 | $56.00 |
| 08/12/2024 | 500 | $55.80 |
| 08/12/2024 | 1,000 | $55.37 |
| 08/15/2024 | 100 | $54.21 |
| 08/21/2024 | 250 | $53.95 |
| 08/26/2024 | 500 | $55.00 |
| 09/05/2024 | 500 | $53.35 |
| 09/12/2024 | 444 | $56.25 |
| 09/13/2024 | 200 | $56.34 |
| 09/16/2024 | 200 | $57.68 |
| 09/16/2024 | 200 | $57.41 |
| 09/17/2024 | 200 | $58.50 |
| 10/28/2024 | 300 | $61.00 |
| 04/25/2024[SS] | 3,000 | $62.90 |

*Opening position of 8,310 shares for common stock.

## Option

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 06/14/2024[BC] | C68 06/28/24 | 100 | $0.49 |
| 03/08/2024[OE] | P2550 03/08/24 | 8 | $0.00 |
| 03/08/2024[OE] | P2560 03/08/24 | 5 | $0.00 |
| 02/14/2024[BC] | P2650 02/16/24 | 1 | $39.00 |

Exhibit B
005

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 03/28/2024[OE] | P2670 03/28/24 | 5 | $0.00 |
| 04/19/2024[OE] | P2710 04/19/24 | 8 | $0.00 |
| 04/12/2024[OE] | P2730 04/12/24 | 4 | $0.00 |
| 04/02/2024[BC] | P2850 04/05/24 | 1 | $15.00 |
| 04/05/2024[OE] | P2850 04/05/24 | 12 | $0.00 |
| 03/22/2024[BC] | P2870 03/22/24 | 4 | $0.70 |
| 03/22/2024[OE] | P2870 03/22/24 | 8 | $0.00 |
| 05/03/2024[BC] | P2930 05/03/24 | 7 | $0.05 |
| 05/29/2024[BC] | P3025 06/07/24 | 1 | $16.20 |
| 06/04/2024[BC] | P3025 06/07/24 | 3 | $11.60 |
| 06/05/2024[BC] | P3025 06/07/24 | 1 | $1.00 |
| 06/05/2024[BC] | P3025 06/07/24 | 2 | $3.10 |
| 06/05/2024[BC] | P3025 06/07/24 | 2 | $5.00 |
| 06/07/2024[OE] | P3025 06/07/24 | 1 | $0.00 |
| 05/10/2024[BC] | P3160 05/10/24 | 5 | $0.00 |
| 06/06/2024[BC] | P3175 06/14/24 | 1 | $45.10 |
| 06/11/2024[BC] | P3175 06/14/24 | 2 | $64.00 |
| 06/14/2024[OE] | P3175 06/14/24 | 5 | $0.00 |
| 05/15/2024 | P3180 05/17/24 | 1 | $16.40 |
| 05/28/2024[BC] | P3180 05/31/24 | 1 | $50.00 |
| 05/30/2024[BC] | P3180 05/31/24 | 1 | $80.00 |
| 05/30/2024[BC] | P3180 05/31/24 | 1 | $101.00 |
| 06/18/2024[BC] | P3180 06/21/24 | 4 | $0.80 |
| 08/13/2024[BC] | P48 08/23/24 | 10 | $0.35 |
| 08/30/2024[OE] | P51 08/30/24 | 15 | $0.00 |
| 08/20/2024[BC] | P53 08/23/24 | 10 | $0.85 |
| 08/23/2024[BC] | P53 08/23/24 | 10 | $0.05 |
| 09/23/2024[BC] | P53 09/27/24 | 1 | $0.05 |
| 09/27/2024[OE] | P54 09/27/24 | 20 | $0.00 |
| 07/31/2024[BC] | P55 08/02/24 | 10 | $1.05 |
| 08/02/2024[OA] | P55 08/02/24 | 10 | $0.00 |
| 10/08/2024[BC] | P57 10/11/24 | 6 | $0.35 |
| 10/08/2024[BC] | P57 10/11/24 | 10 | $0.32 |
| 10/09/2024[BC] | P57 10/11/24 | 7 | $0.15 |
| 10/25/2024[OE] | P57 10/25/24 | 5 | $0.00 |
| 10/30/2024[BC] | P57 11/01/24 | 5 | $1.20 |
| 10/30/2024[BC] | P57 11/01/24 | 5 | $1.00 |
| 10/30/2024[BC] | P57 11/01/24 | 8 | $1.40 |
| 11/04/2024 | P57 11/08/24 | 5 | $0.60 |
| 11/08/2024[OE] | P57 11/08/24 | 10 | $0.00 |
| 10/02/2024[BC] | P58 10/04/24 | 5 | $0.65 |
| 10/04/2024[BC] | P58 10/04/24 | 20 | $1.00 |
| 07/22/2024[BC] | P58.4 07/26/24 | 5 | $5.40 |
| 07/25/2024[OA] | P58.4 07/26/24 | 15 | $0.00 |
| 07/12/2024[BC] | P60.8 07/12/24 | 25 | $3.00 |
| 07/25/2024[OA] | P60.8 07/26/24 | 20 | $0.00 |
| 06/28/2024[BC] | P64.5 06/28/24 | 100 | $2.20 |

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 06/28/2024[OA] | P64.5 06/28/24 | 200 | $0.00 |
| 06/28/2024[OA] | P64.9 06/28/24 | 250 | $0.00 |
| 07/01/2024[OA] | P67.6 07/05/24 | 122 | $0.00 |
| 07/02/2024[OA] | P67.6 07/05/24 | 31 | $0.00 |
| 07/05/2024[OA] | P67.6 07/05/24 | 90 | $0.00 |
| 07/05/2024[BC] | P67.6 07/05/24 | 7 | $5.90 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 06/13/2024[SO] | C68 06/28/24 | 100 | $0.55 |
| 02/12/2024[SO] | P2550 03/08/24 | 8 | $22.00 |
| 02/12/2024[SO] | P2560 03/08/24 | 5 | $26.90 |
| 02/08/2024[SO] | P2650 02/16/24 | 1 | $48.00 |
| 03/08/2024[SO] | P2670 03/28/24 | 5 | $36.40 |
| 03/19/2024[SO] | P2710 04/19/24 | 2 | $30.00 |
| 03/22/2024[SO] | P2710 04/19/24 | 6 | $10.50 |
| 03/19/2024[SO] | P2730 04/12/24 | 4 | $29.20 |
| 03/28/2024[SO] | P2850 04/05/24 | 8 | $7.80 |
| 04/02/2024[SO] | P2850 04/05/24 | 5 | $17.80 |
| 03/20/2024[SO] | P2870 03/22/24 | 2 | $17.50 |
| 03/21/2024[SO] | P2870 03/22/24 | 10 | $3.50 |
| 04/12/2024[SO] | P2930 05/03/24 | 5 | $90.00 |
| 04/17/2024[SO] | P2930 05/03/24 | 1 | $105.50 |
| 04/19/2024[SO] | P2930 05/03/24 | 1 | $145.00 |
| 05/10/2024[SO] | P3025 06/07/24 | 7 | $7.70 |
| 06/04/2024[SO] | P3025 06/07/24 | 3 | $12.10 |
| 04/29/2024[SO] | P3160 05/10/24 | 5 | $25.70 |
| 05/07/2024[SO] | P3175 06/14/24 | 3 | $55.00 |
| 05/08/2024[SO] | P3175 06/14/24 | 3 | $58.80 |
| 05/09/2024[SO] | P3175 06/14/24 | 2 | $55.00 |
| 05/15/2024 | P3180 05/17/24 | 1 | $18.00 |
| 05/13/2024[SO] | P3180 05/31/24 | 3 | $36.20 |
| 06/07/2024[SO] | P3180 06/21/24 | 4 | $35.90 |
| 08/13/2024[SO] | P48 08/23/24 | 10 | $1.50 |
| 08/13/2024[SO] | P51 08/30/24 | 15 | $1.60 |
| 08/07/2024[SO] | P53 08/23/24 | 20 | $0.95 |
| 09/10/2024[SO] | P53 09/27/24 | 1 | $0.95 |
| 09/13/2024[SO] | P54 09/27/24 | 20 | $0.60 |
| 07/16/2024[SO] | P55 08/02/24 | 20 | $1.55 |
| 09/24/2024[SO] | P57 10/11/24 | 15 | $0.95 |
| 09/27/2024[SO] | P57 10/11/24 | 8 | $1.15 |
| 10/08/2024[SO] | P57 10/25/24 | 5 | $1.10 |
| 10/16/2024[SO] | P57 11/01/24 | 10 | $1.30 |
| 10/23/2024[SO] | P57 11/01/24 | 8 | $1.50 |
| 10/21/2024[SO] | P57 11/08/24 | 10 | $1.55 |
| 10/23/2024[SO] | P57 11/08/24 | 5 | $1.60 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 09/23/2024[SO] | P58 10/04/24 | 25 | $1.00 |
| 07/08/2024[SO] | P58.4 07/26/24 | 20 | $2.20 |
| 07/01/2024[SO] | P60.8 07/12/24 | 25 | $0.95 |
| 07/03/2024[SO] | P60.8 07/26/24 | 20 | $1.80 |
| 06/17/2024[SO] | P64.5 06/28/24 | 150 | $0.58 |
| 06/21/2024[SO] | P64.5 06/28/24 | 150 | $1.48 |
| 06/17/2024[SO] | P64.9 06/28/24 | 250 | $0.71 |
| 06/18/2024[SO] | P67.6 07/05/24 | 150 | $1.44 |
| 06/20/2024[SO] | P67.6 07/05/24 | 100 | $2.04 |

## Account 2

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/14/2024 | 1,000 | $52.29 |
| 03/21/2024 | 5,000 | $58.18 |
| 03/27/2024 | 2,400 | $58.64 |
| 03/27/2024 | 100 | $58.62 |
| 05/13/2024 | 2,500 | $64.00 |
| 05/14/2024 | 200 | $63.60 |
| 05/14/2024 | 25 | $63.60 |
| 05/16/2024 | 2,200 | $63.16 |
| 05/16/2024 | 25 | $63.16 |
| 05/22/2024 | 2,550 | $63.18 |
| 06/04/2024 | 5,000 | $61.44 |
| 06/10/2024 | 1,000 | $63.20 |
| 06/20/2024 | 2,550 | $65.37 |
| 06/20/2024 | 5 | $65.37 |
| 06/21/2024 | 1,750 | $64.16 |
| 06/26/2024 | 496 | $65.70 |
| 06/28/2024 | 500 | $63.34 |
| 07/01/2024[OA] | 10,000 | $65.10 |
| 07/01/2024[OA] | 20,000 | $64.70 |
| 07/12/2024[OA] | 6,000 | $62.00 |
| 07/18/2024[OA] | 500 | $61.00 |
| 07/19/2024[OA] | 3,700 | $61.00 |
| 07/22/2024[OA] | 300 | $61.00 |
| 07/26/2024[OA] | 2,500 | $58.40 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/22/2024 | 50 | $52.52 |
| 02/22/2024 | 150 | $52.52 |
| 02/22/2024 | 200 | $52.52 |

Exhibit B
008

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/22/2024 | 250 | $52.52 |
| 02/22/2024 | 350 | $52.52 |
| 02/28/2024 | 500 | $53.18 |
| 02/29/2024 | 2,500 | $53.98 |
| 03/04/2024 | 2,500 | $54.40 |
| 03/06/2024 | 3,000 | $53.70 |
| 04/08/2024 | 1,000 | $58.72 |
| 04/10/2024 | 500 | $59.36 |
| 04/18/2024 | 1,000 | $58.70 |
| 04/24/2024 | 2,000 | $58.86 |
| 04/24/2024 | 3,000 | $58.64 |
| 05/20/2024 | 2,500 | $64.53 |
| 06/04/2024 | 250 | $61.58 |
| 06/05/2024 | 50 | $63.20 |
| 06/05/2024 | 200 | $63.20 |
| 06/05/2024 | 1,000 | $62.90 |
| 06/06/2024 | 50 | $64.02 |
| 06/06/2024 | 50 | $64.04 |
| 06/06/2024 | 2,400 | $64.02 |
| 06/07/2024 | 2,000 | $64.66 |
| 06/20/2024 | 5,000 | $68.56 |
| 07/18/2024 | 1,800 | $53.00 |
| 07/23/2024 | 500 | $52.36 |
| 07/24/2024 | 300 | $52.11 |
| 07/24/2024 | 400 | $52.11 |
| 07/24/2024 | 1,000 | $52.11 |
| 07/24/2024 | 1,800 | $52.11 |
| 07/25/2024 | 1,750 | $49.99 |
| 07/30/2024 | 1 | $51.80 |
| 07/30/2024 | 100 | $51.80 |
| 07/30/2024 | 900 | $51.80 |
| 07/30/2024 | 1,000 | $51.90 |
| 07/30/2024 | 1,196 | $52.57 |
| 07/30/2024 | 4,554 | $51.39 |
| 08/05/2024 | 100 | $51.88 |
| 08/05/2024 | 100 | $51.88 |
| 08/05/2024 | 100 | $51.88 |
| 08/05/2024 | 200 | $51.90 |
| 08/05/2024 | 500 | $52.10 |
| 08/09/2024 | 300 | $55.60 |
| 08/12/2024 | 402 | $55.80 |
| 08/12/2024 | 500 | $56.00 |
| 08/12/2024 | 598 | $55.80 |
| 09/06/2024 | 200 | $53.62 |
| 09/06/2024 | 200 | $53.63 |
| 09/06/2024 | 200 | $54.00 |

*Opening position of 8,500 shares for common stock.

**Option**

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 06/14/2024[BC] | C3330 06/21/24 | 2 | $16.70 |
| 06/17/2024[BC] | C3330 06/21/24 | 1 | $27.50 |
| 06/17/2024[BC] | C3330 06/21/24 | 1 | $37.70 |
| 09/13/2024 | C56 09/27/24 | 10 | $1.50 |
| 03/01/2024[OE] | P2560 03/01/24 | 1 | $0.00 |
| 03/08/2024[OE] | P2600 03/08/24 | 3 | $0.00 |
| 05/10/2024[OE] | P2790 05/10/24 | 5 | $0.00 |
| 03/28/2024[OE] | P2820 03/28/24 | 7 | $0.00 |
| 04/05/2024[OE] | P2877.5 04/05/24 | 8 | $0.00 |
| 04/12/2024[OE] | P2882.5 04/12/24 | 6 | $3.62 |
| 04/12/2024[OE] | P2890 04/12/24 | 3 | $0.00 |
| 06/11/2024[BC] | P3120 06/14/24 | 1 | $25.00 |
| 06/12/2024[BC] | P3120 06/14/24 | 1 | $4.00 |
| 06/14/2024[OE] | P3120 06/14/24 | 3 | $0.00 |
| 05/30/2024[BC] | P3150 05/31/24 | 2 | $74.00 |
| 05/31/2024[BC] | P3150 05/31/24 | 2 | $66.00 |
| 05/23/2024[BC] | P3155 05/24/24 | 1 | $9.50 |
| 05/24/2024[BC] | P3155 05/24/24 | 3 | $4.30 |
| 06/21/2024[OE] | P3155 06/21/24 | 4 | $0.00 |
| 05/28/2024[BC] | P3160 05/31/24 | 1 | $25.00 |
| 05/30/2024[BC] | P3160 05/31/24 | 1 | $83.10 |
| 05/31/2024[BC] | P3160 05/31/24 | 1 | $77.00 |
| 06/14/2024[OE] | P3215 06/14/24 | 3 | $0.00 |
| 08/16/2024[OE] | P49 08/16/24 | 20 | $0.00 |
| 08/30/2024[OE] | P49 08/30/24 | 6 | $0.00 |
| 08/09/2024[OE] | P52 08/09/24 | 30 | $0.00 |
| 08/13/2024[BC] | P52 08/16/24 | 10 | $1.65 |
| 08/19/2024[BC] | P52 08/23/24 | 20 | $0.85 |
| 09/20/2024[OE] | P52 09/20/24 | 25 | $0.00 |
| 09/23/2024[BC] | P53 09/27/24 | 25 | $0.05 |
| 10/02/2024[BC] | P57 10/04/24 | 10 | $0.35 |
| 10/04/2024[OE] | P57 10/04/24 | 20 | $0.00 |
| 10/15/2024[BC] | P57 10/18/24 | 5 | $0.05 |
| 10/16/2024[BC] | P57 10/18/24 | 5 | $0.05 |
| 10/18/2024[OE] | P57 10/18/24 | 15 | $0.00 |
| 10/29/2024[BC] | P58 11/01/24 | 10 | $2.00 |
| 10/31/2024[BC] | P58 11/01/24 | 20 | $1.10 |
| 07/26/2024[OA] | P58.4 07/26/24 | 25 | $0.00 |
| 07/18/2024[BC] | P61 07/19/24 | 5 | $6.80 |
| 07/18/2024[OA] | P61 07/19/24 | 5 | $0.00 |
| 07/19/2024[OA] | P61 07/19/24 | 37 | $0.00 |
| 07/22/2024[OA] | P61 07/19/24 | 3 | $0.00 |
| 07/05/2024[BC] | P62 07/12/24 | 10 | $0.80 |
| 07/10/2024[BC] | P62 07/12/24 | 10 | $3.60 |
| 07/12/2024[OA] | P62 07/12/24 | 60 | $0.00 |

Exhibit B
010

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 07/03/2024[BC] | P63.9 07/05/24 | 100 | $1.85 |
| 07/01/2024[OA] | P64.7 06/28/24 | 200 | $0.00 |
| 06/28/2024[BC] | P65.1 06/28/24 | 50 | $2.50 |
| 07/01/2024[OA] | P65.1 06/28/24 | 100 | $0.00 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 06/13/2024[SO] | C3330 06/21/24 | 2 | $19.20 |
| 06/14/2024[SO] | C3330 06/21/24 | 2 | $20.00 |
| 09/13/2024 | C56 09/27/24 | 10 | $1.70 |
| 02/12/2024[SO] | P2560 03/01/24 | 1 | $18.80 |
| 02/23/2024[SO] | P2600 03/08/24 | 3 | $16.00 |
| 04/24/2024[SO] | P2790 05/10/24 | 1 | $42.60 |
| 04/24/2024[SO] | P2790 05/10/24 | 1 | $42.60 |
| 04/24/2024[SO] | P2790 05/10/24 | 3 | $42.60 |
| 03/22/2024[SO] | P2820 03/28/24 | 2 | $6.10 |
| 03/22/2024[SO] | P2820 03/28/24 | 5 | $5.80 |
| 03/22/2024[SO] | P2877.5 04/05/24 | 3 | $33.00 |
| 03/26/2024[SO] | P2877.5 04/05/24 | 5 | $10.60 |
| 04/03/2024[SO] | P2882.5 04/12/24 | 4 | $29.60 |
| 04/09/2024[SO] | P2882.5 04/12/24 | 2 | $20.00 |
| 03/27/2024[SO] | P2890 04/12/24 | 1 | $37.70 |
| 03/27/2024[SO] | P2890 04/12/24 | 2 | $33.00 |
| 06/06/2024[SO] | P3120 06/14/24 | 3 | $23.90 |
| 06/10/2024[SO] | P3120 06/14/24 | 2 | $21.00 |
| 05/08/2024[SO] | P3150 05/31/24 | 4 | $32.00 |
| 05/08/2024[SO] | P3155 05/24/24 | 3 | $26.60 |
| 05/15/2024[SO] | P3155 05/24/24 | 1 | $26.40 |
| 05/20/2024[SO] | P3155 06/21/24 | 2 | $37.80 |
| 06/10/2024[SO] | P3155 06/21/24 | 2 | $48.50 |
| 05/10/2024[SO] | P3160 05/31/24 | 1 | $25.00 |
| 05/10/2024[SO] | P3160 05/31/24 | 2 | $25.00 |
| 06/13/2024[SO] | P3215 06/14/24 | 3 | $9.90 |
| 08/13/2024[SO] | P49 08/16/24 | 20 | $1.25 |
| 08/13/2024[SO] | P49 08/30/24 | 6 | $0.95 |
| 07/22/2024[SO] | P52 08/09/24 | 30 | $1.75 |
| 08/02/2024[SO] | P52 08/16/24 | 10 | $1.35 |
| 08/06/2024[SO] | P52 08/23/24 | 20 | $0.80 |
| 09/04/2024[SO] | P52 09/20/24 | 25 | $1.05 |
| 09/06/2024[SO] | P53 09/27/24 | 25 | $1.30 |
| 09/17/2024[SO] | P57 10/04/24 | 25 | $0.95 |
| 09/18/2024[SO] | P57 10/04/24 | 5 | $1.30 |
| 10/07/2024[SO] | P57 10/18/24 | 25 | $1.20 |
| 10/15/2024[SO] | P58 11/01/24 | 30 | $1.85 |
| 07/08/2024[SO] | P58.4 07/26/24 | 25 | $2.15 |
| 07/02/2024[SO] | P61 07/19/24 | 50 | $1.35 |

Exhibit B
011

Docusign Envelope ID: 0B39C322-AB43-42AF-B22A-F2FA6561C504

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 07/03/2024<sup>SO</sup> | P62 07/12/24 | 80 | $1.00 |
| 06/25/2024<sup>SO</sup> | P63.9 07/05/24 | 100 | $0.99 |
| 06/17/2024<sup>SO</sup> | P64.7 06/28/24 | 150 | $0.51 |
| 06/20/2024<sup>SO</sup> | P64.7 06/28/24 | 50 | $1.29 |
| 06/17/2024<sup>SO</sup> | P65.1 06/28/24 | 100 | $0.59 |
| 06/21/2024<sup>SO</sup> | P65.1 06/28/24 | 50 | $1.89 |

Prices listed are rounded up to two decimal places.

[CS]Cover short sale.
[SS]Short sale.

[BC]Buy to close.
[SO]Sell to open.

[OA]Option assigned.

[OE]Option expired.

Exhibit B
012