# EXHIBIT C

Movant's Purchases and Losses

Chipotle Mexican Grill, Inc.

Class Period: 02/08/2024 - 10/29/2024

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Tai, Lisa - Account 1** | 02/08/2024 | 1,000 | $52.55 | $52,548.60 | 03/01/2024 | 2,440 | $53.82 | $131,320.80 | |
| | 02/12/2024 | 1,500 | $52.24 | $78,360.00 | 03/04/2024 | 4,500 | $54.23 | $244,032.58 | |
| | 03/04/2024 | 5,000 | $53.60 | $268,000.00 | 03/04/2024 | 500 | $54.16 | $27,080.00 | |
| | 03/27/2024 | 1,000 | $58.40 | $58,400.00 | 04/10/2024 | 750 | $59.10 | $44,325.00 | |
| | 03/27/2024 | 1,500 | $58.51 | $87,759.00 | 04/10/2024 | 250 | $58.92 | $14,730.00 | |
| | 03/28/2024 | 1,000 | $58.20 | $58,200.00 | 04/11/2024 | 750 | $59.92 | $44,940.00 | |
| | 04/02/2024 | 1,500 | $57.28 | $85,926.90 | 04/16/2024 | 1,000 | $58.70 | $58,700.00 | |
| | 04/02/2024 | 50 | $57.30 | $2,864.97 | 04/18/2024 | 4,500 | $58.30 | $262,350.00 | |
| | 04/02/2024 | 2,700 | $57.30 | $154,710.00 | 04/18/2024 | 500 | $58.22 | $29,110.00 | |
| | 05/13/2024 | 4,500 | $64.06 | $288,270.00 | 05/28/2024 | 2,500 | $63.10 | $157,750.00 | |
| | 05/16/2024 | 2,500 | $63.10 | $157,750.00 | 05/28/2024 | 500 | $62.88 | $31,440.00 | |
| | 05/16/2024 | 1,000 | $63.10 | $63,100.00 | 06/06/2024 | 1,000 | $64.02 | $64,020.00 | |
| | 05/22/2024 | 2,500 | $63.10 | $157,750.00 | 06/25/2024 | 5,000 | $65.22 | $326,100.00 | |
| | 06/10/2024 | 2,500 | $63.38 | $158,450.50 | 07/02/2024 | 1,000 | $60.94 | $60,939.30 | |
| | 06/20/2024 | 5,000 | $65.60 | $328,000.00 | 07/03/2024 | 5,000 | $62.50 | $312,500.00 | |
| | 06/24/2024 | 1,000 | $64.00 | $64,000.00 | 07/03/2024 | 1,000 | $61.90 | $61,900.00 | |
| | 06/28/2024 | 400 | $63.10 | $25,240.00 | 07/03/2024 | 1,900 | $61.80 | $117,420.00 | |
| | 06/28/2024[OA] | 25,000 | $64.90 | $1,622,500.00 | 07/16/2024 | 1,000 | $57.90 | $57,900.00 | |
| | 06/28/2024[OA] | 20,000 | $64.50 | $1,290,000.00 | 07/16/2024 | 800 | $57.00 | $45,600.00 | |
| | 07/01/2024[OA] | 12,200 | $67.60 | $824,720.00 | 07/18/2024 | 1,500 | $53.00 | $79,500.00 | |
| | 07/02/2024[OA] | 3,100 | $67.60 | $209,560.00 | 07/19/2024 | 500 | $53.50 | $26,750.00 | |
| | 07/05/2024[OA] | 9,000 | $67.60 | $608,400.00 | 07/24/2024 | 1,000 | $53.00 | $53,000.00 | |
| | 07/25/2024[OA] | 2,000 | $60.80 | $121,600.00 | 07/24/2024 | 7,000 | $52.00 | $364,000.00 | |
| | 07/25/2024[OA] | 1,500 | $58.40 | $87,600.00 | 08/02/2024 | 500 | $52.46 | $26,227.50 | |
| | 08/02/2024[OA] | 1,000 | $55.00 | $55,000.00 | 08/02/2024 | 500 | $52.60 | $26,300.00 | |
| | | | | | 08/02/2024 | 2,500 | $52.00 | $130,000.00 | |
| | | | | | 08/05/2024 | 106 | $52.60 | $5,575.60 | |
| | | | | | 08/05/2024 | 500 | $52.20 | $26,100.00 | |
| | | | | | 08/05/2024 | 2,000 | $52.50 | $105,000.00 | |
| | | | | | 08/06/2024 | 1,000 | $53.50 | $53,500.00 | |
| | | | | | 08/12/2024 | 1,000 | $56.25 | $56,250.00 | |
| | | | | | 08/12/2024 | 1,000 | $56.00 | $56,000.00 | |
| | | | | | 08/12/2024 | 500 | $55.80 | $27,900.00 | |
| | | | | | 08/12/2024 | 1,000 | $55.37 | $55,366.20 | |
| | | | | | 08/15/2024 | 100 | $54.21 | $5,420.60 | |
| | | | | | 08/21/2024 | 250 | $53.95 | $13,487.50 | |
| | | | | | 08/26/2024 | 500 | $55.00 | $27,500.00 | |
| | | | | | 09/05/2024 | 500 | $53.35 | $26,675.00 | |
| | | | | | 09/12/2024 | 444 | $56.25 | $24,975.04 | |
| | | | | | 09/13/2024 | 200 | $56.34 | $11,267.00 | |
| | | | | | 09/16/2024 | 200 | $57.68 | $11,536.50 | |
| | | | | | 09/16/2024 | 200 | $57.41 | $11,481.00 | |
| | | | | | 09/17/2024 | 200 | $58.50 | $11,700.00 | |
| | | | | | 10/28/2024 | 300 | $61.00 | $18,300.00 | |
| | | | | | 11/12/2024 | 200 | $60.38 | $12,076.00 | |
| | | | | | 11/22/2024 | 200 | $62.00 | $12,400.00 | |
| | | | | | 11/22/2024 | 200 | $61.00 | $12,200.00 | |
| | | | | | 11/27/2024 | 100 | $62.65 | $6,265.00 | |

Exhibit C
013

Movant's Purchases and Losses

Class Period: 02/08/2024 - 10/29/2024

Chipotle Mexican Grill, Inc.

| | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 12/05/2024 | 300 | $64.00 | $19,200.00 | |
| | | | | | 12/06/2024 | 100 | $64.60 | $6,460.00 | |
| | | | | | 12/12/2024 | 5 | $65.80 | $329.00 | |
| | | | | | 12/12/2024 | 95 | $65.55 | $6,227.25 | |
| | | | | | 12/13/2024 | 100 | $66.46 | $6,646.00 | |
| | | | | | held | 48,760 | $60.79 | $2,964,343.88 | |
| | 04/30/2024[CS] | 1,000 | $63.24 | $63,240.00 | 04/25/2024[SS] | 3,000 | $62.90 | $188,700.00 | |
| | 05/01/2024[CS] | 2,000 | $62.80 | $125,600.00 | | | | | |
| | **111,450** | | | **$7,097,549.97** | | **111,450** | | **$6,580,816.76** | **($516,733.21)** |
| **Tai, Lisa - Account 1 (C68 06/28/24)** | 06/14/2024[BC] | 100 | $0.49 | $4,880.00 | 06/13/2024[SO] | 100 | $0.55 | $5,540.00 | |
| | **100** | | | **$4,880.00** | | **100** | | **$5,540.00** | **$660.00** |
| **Tai, Lisa - Account 1 (P2550 03/08/24)** | 03/08/2024[OE] | 8 | $0.00 | $0.00 | 02/12/2024[SO] | 8 | $22.00 | $17,600.00 | |
| | **8** | | | **$0.00** | | **8** | | **$17,600.00** | **$17,600.00** |
| **Tai, Lisa - Account 1 (P2560 03/08/24)** | 03/08/2024[OE] | 5 | $0.00 | $0.00 | 02/12/2024[SO] | 5 | $26.90 | $13,450.00 | |
| | **5** | | | **$0.00** | | **5** | | **$13,450.00** | **$13,450.00** |
| **Tai, Lisa - Account 1 (P2650 02/16/24)** | 02/14/2024[BC] | 1 | $39.00 | $3,900.00 | 02/08/2024[SO] | 1 | $48.00 | $4,800.00 | |
| | **1** | | | **$3,900.00** | | **1** | | **$4,800.00** | **$900.00** |
| **Tai, Lisa - Account 1 (P2670 03/28/24)** | 03/28/2024[OE] | 5 | $0.00 | $0.00 | 03/08/2024[SO] | 5 | $36.40 | $18,200.00 | |
| | **5** | | | **$0.00** | | **5** | | **$18,200.00** | **$18,200.00** |
| **Tai, Lisa - Account 1 (P2710 04/19/24)** | 04/19/2024[OE] | 8 | $0.00 | $0.00 | 03/19/2024[SO] | 2 | $30.00 | $6,000.00 | |
| | | | | | 03/22/2024[SO] | 6 | $10.50 | $6,300.00 | |
| | **8** | | | **$0.00** | | **8** | | **$12,300.00** | **$12,300.00** |
| **Tai, Lisa - Account 1 (P2730 04/12/24)** | 04/12/2024[OE] | 4 | $0.00 | $0.00 | 03/19/2024[SO] | 4 | $29.20 | $11,680.00 | |
| | **4** | | | **$0.00** | | **4** | | **$11,680.00** | **$11,680.00** |
| **Tai, Lisa - Account 1 (P2850 04/05/24)** | 04/02/2024[BC] | 1 | $15.00 | $1,500.00 | 03/28/2024[SO] | 8 | $7.80 | $6,240.00 | |
| | 04/05/2024[OE] | 12 | $0.00 | $0.00 | 04/02/2024[SO] | 5 | $17.80 | $8,900.00 | |
| | **13** | | | **$1,500.00** | | **13** | | **$15,140.00** | **$13,640.00** |
| **Tai, Lisa - Account 1 (P2870 03/22/24)** | 03/22/2024[BC] | 4 | $0.70 | $280.00 | 03/20/2024[SO] | 2 | $17.50 | $3,500.00 | |
| | 03/22/2024[OE] | 8 | $0.00 | $0.00 | 03/21/2024[SO] | 10 | $3.50 | $3,500.00 | |
| | **12** | | | **$280.00** | | **12** | | **$7,000.00** | **$6,720.00** |

Exhibit C
014

Movant's Purchases and Losses

Class Period: 02/08/2024 - 10/29/2024

Chipotle Mexican Grill, Inc.

| | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Tai, Lisa - Account 1 (P2930 05/03/24)** | 05/03/2024[BC] | 7 | $0.05 | $35.00 | 04/12/2024[SO] | 5 | $90.00 | $45,000.00 | |
| | | | | | 04/17/2024[SO] | 1 | $105.50 | $10,550.00 | |
| | | | | | 04/19/2024[SO] | 1 | $145.00 | $14,500.00 | |
| | | **7** | | **$35.00** | | **7** | | **$70,050.00** | **$70,015.00** |
| **Tai, Lisa - Account 1 (P3025 06/07/24)** | 05/29/2024[BC] | 1 | $16.20 | $1,620.00 | 05/10/2024[SO] | 7 | $7.70 | $5,390.00 | |
| | 06/04/2024[BC] | 3 | $11.60 | $3,480.00 | 06/04/2024[SO] | 3 | $12.10 | $3,630.00 | |
| | 06/05/2024[BC] | 1 | $1.00 | $100.00 | | | | | |
| | 06/05/2024[BC] | 2 | $3.10 | $620.00 | | | | | |
| | 06/05/2024[BC] | 2 | $5.00 | $1,000.00 | | | | | |
| | 06/07/2024[OE] | 1 | $0.00 | $0.00 | | | | | |
| | | **10** | | **$6,820.00** | | **10** | | **$9,020.00** | **$2,200.00** |
| **Tai, Lisa - Account 1 (P3160 05/10/24)** | 05/10/2024[BC] | 5 | $0.00 | $0.00 | 04/29/2024[SO] | 5 | $25.70 | $12,850.00 | |
| | | **5** | | **$0.00** | | **5** | | **$12,850.00** | **$12,850.00** |
| **Tai, Lisa - Account 1 (P3175 06/14/24)** | 06/06/2024[BC] | 1 | $45.10 | $4,510.00 | 05/07/2024[SO] | 3 | $55.00 | $16,500.00 | |
| | 06/11/2024[BC] | 2 | $64.00 | $12,800.00 | 05/08/2024[SO] | 3 | $58.80 | $17,640.00 | |
| | 06/14/2024[OE] | 5 | $0.00 | $0.00 | 05/09/2024[SO] | 2 | $55.00 | $11,000.00 | |
| | | **8** | | **$17,310.00** | | **8** | | **$45,140.00** | **$27,830.00** |
| **Tai, Lisa - Account 1 (P3180 05/17/24)** | 05/15/2024 | 1 | $16.40 | $1,640.00 | 05/15/2024 | 1 | $18.00 | $1,800.00 | |
| | | **1** | | **$1,640.00** | | **1** | | **$1,800.00** | **$160.00** |
| **Tai, Lisa - Account 1 (P3180 05/31/24)** | 05/28/2024[BC] | 1 | $50.00 | $5,000.00 | 05/13/2024[SO] | 3 | $36.20 | $10,860.00 | |
| | 05/30/2024[BC] | 1 | $80.00 | $8,000.00 | | | | | |
| | 05/30/2024[BC] | 1 | $101.00 | $10,100.00 | | | | | |
| | | **3** | | **$23,100.00** | | **3** | | **$10,860.00** | **($12,240.00)** |
| **Tai, Lisa - Account 1 (P3180 06/21/24)** | 06/18/2024[BC] | 4 | $0.80 | $320.00 | 06/07/2024[SO] | 4 | $35.90 | $14,360.00 | |
| | | **4** | | **$320.00** | | **4** | | **$14,360.00** | **$14,040.00** |
| **Tai, Lisa - Account 1 (P48 08/23/24)** | 08/13/2024[BC] | 10 | $0.35 | $350.00 | 08/13/2024[SO] | 10 | $1.50 | $1,500.00 | |
| | | **10** | | **$350.00** | | **10** | | **$1,500.00** | **$1,150.00** |
| **Tai, Lisa - Account 1 (P51 08/30/24)** | 08/30/2024[OE] | 15 | $0.00 | $0.00 | 08/13/2024[SO] | 15 | $1.60 | $2,400.00 | |
| | | **15** | | **$0.00** | | **15** | | **$2,400.00** | **$2,400.00** |

Exhibit C
015

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Tai, Lisa - Account 1 (P53 08/23/24)** | 08/20/2024[BC] | 10 | $0.85 | $850.00 | 08/07/2024[SO] | 20 | $0.95 | $1,900.00 | |
| | 08/23/2024[BC] | 10 | $0.05 | $50.00 | | | | | |
| | | **20** | | **$900.00** | | **20** | | **$1,900.00** | **$1,000.00** |
| **Tai, Lisa - Account 1 (P53 09/27/24)** | 09/23/2024[BC] | 1 | $0.05 | $5.00 | 09/10/2024[SO] | 1 | $0.95 | $95.00 | |
| | | **1** | | **$5.00** | | **1** | | **$95.00** | **$90.00** |
| **Tai, Lisa - Account 1 (P54 09/27/24)** | 09/27/2024[OE] | 20 | $0.00 | $0.00 | 09/13/2024[SO] | 20 | $0.60 | $1,200.00 | |
| | | **20** | | **$0.00** | | **20** | | **$1,200.00** | **$1,200.00** |
| **Tai, Lisa - Account 1 (P55 08/02/24)** | 07/31/2024[BC] | 10 | $1.05 | $1,050.00 | 07/16/2024[SO] | 20 | $1.55 | $3,100.00 | |
| | 08/02/2024[OA] | 10 | $0.00 | $0.00 | | | | | |
| | | **20** | | **$1,050.00** | | **20** | | **$3,100.00** | **$2,050.00** |
| **Tai, Lisa - Account 1 (P57 10/11/24)** | 10/08/2024[BC] | 6 | $0.35 | $210.00 | 09/24/2024[SO] | 15 | $0.95 | $1,425.00 | |
| | 10/08/2024[BC] | 10 | $0.32 | $320.00 | 09/27/2024[SO] | 8 | $1.15 | $920.00 | |
| | 10/09/2024[BC] | 7 | $0.15 | $105.00 | | | | | |
| | | **23** | | **$635.00** | | **23** | | **$2,345.00** | **$1,710.00** |
| **Tai, Lisa - Account 1 (P57 10/25/24)** | 10/25/2024[OE] | 5 | $0.00 | $0.00 | 10/08/2024[SO] | 5 | $1.10 | $550.00 | |
| | | **5** | | **$0.00** | | **5** | | **$550.00** | **$550.00** |
| **Tai, Lisa - Account 1 (P57 11/01/24)** | 10/30/2024[BC] | 5 | $1.20 | $600.00 | 10/16/2024[SO] | 10 | $1.30 | $1,300.00 | |
| | 10/30/2024[BC] | 5 | $1.00 | $500.00 | 10/23/2024[SO] | 8 | $1.50 | $1,200.00 | |
| | 10/30/2024[BC] | 8 | $1.40 | $1,120.00 | | | | | |
| | | **18** | | **$2,220.00** | | **18** | | **$2,500.00** | **$280.00** |
| **Tai, Lisa - Account 1 (P57 11/08/24)** | 11/04/2024 | 5 | $0.60 | $300.00 | 10/21/2024[SO] | 10 | $1.55 | $1,550.00 | |
| | 11/08/2024[OE] | 10 | $0.00 | $0.00 | 10/23/2024[SO] | 5 | $1.60 | $800.00 | |
| | | **15** | | **$300.00** | | **15** | | **$2,350.00** | **$2,050.00** |
| **Tai, Lisa - Account 1 (P58 10/04/24)** | 10/02/2024[BC] | 5 | $0.65 | $325.00 | 09/23/2024[SO] | 25 | $1.00 | $2,500.00 | |
| | 10/04/2024[BC] | 20 | $1.00 | $2,000.00 | | | | | |
| | | **25** | | **$2,325.00** | | **25** | | **$2,500.00** | **$175.00** |
| **Tai, Lisa - Account 1 (P58.4 07/26/24)** | 07/22/2024[BC] | 5 | $5.40 | $2,700.00 | 07/08/2024[SO] | 20 | $2.20 | $4,400.00 | |
| | 07/25/2024[OA] | 15 | $0.00 | $0.00 | | | | | |
| | | **20** | | **$2,700.00** | | **20** | | **$4,400.00** | **$1,700.00** |

Exhibit C
016

Movant's Purchases and Losses | Class Period: 02/08/2024 - 10/29/2024 | Chipotle Mexican Grill, Inc.

| Description | Buy Date | Shares | Price | Amount | Sell Date | Shares | Price | Amount | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Tai, Lisa - Account 1 (P60.8 07/12/24)** | 07/12/2024[BC] | 25 | $3.00 | $7,500.00 | 07/01/2024[SO] | 25 | $0.95 | $2,375.00 | |
| | | **25** | | **$7,500.00** | | **25** | | **$2,375.00** | **($5,125.00)** |
| **Tai, Lisa - Account 1 (P60.8 07/26/24)** | 07/25/2024[OA] | 20 | $0.00 | $0.00 | 07/03/2024[SO] | 20 | $1.80 | $3,600.00 | |
| | | **20** | | **$0.00** | | **20** | | **$3,600.00** | **$3,600.00** |
| **Tai, Lisa - Account 1 (P64.5 06/28/24)** | 06/28/2024[BC] | 100 | $2.20 | $22,000.00 | 06/17/2024[SO] | 150 | $0.58 | $8,700.00 | |
| | 06/28/2024[OA] | 200 | $0.00 | $0.00 | 06/21/2024[SO] | 150 | $1.48 | $22,230.00 | |
| | | **300** | | **$22,000.00** | | **300** | | **$30,930.00** | **$8,930.00** |
| **Tai, Lisa - Account 1 (P64.9 06/28/24)** | 06/28/2024[OA] | 250 | $0.00 | $0.00 | 06/17/2024[SO] | 250 | $0.71 | $17,700.00 | |
| | | **250** | | **$0.00** | | **250** | | **$17,700.00** | **$17,700.00** |
| **Tai, Lisa - Account 1 (P67.6 07/05/24)** | 07/01/2024[OA] | 122 | $0.00 | $0.00 | 06/18/2024[SO] | 150 | $1.44 | $21,600.00 | |
| | 07/02/2024[OA] | 31 | $0.00 | $0.00 | 06/20/2024[SO] | 100 | $2.04 | $20,400.00 | |
| | 07/05/2024[OA] | 90 | $0.00 | $0.00 | | | | | |
| | 07/05/2024[BC] | 7 | $5.90 | $4,130.00 | | | | | |
| | | **250** | | **$4,130.00** | | **250** | | **$42,000.00** | **$37,870.00** |
| **Tai, Lisa - Account 2** | 02/14/2024 | 1,000 | $52.29 | $52,290.60 | 03/06/2024 | 1,000 | $53.70 | $53,695.80 | |
| | 03/21/2024 | 5,000 | $58.18 | $290,900.00 | 04/08/2024 | 1,000 | $58.72 | $58,720.00 | |
| | 03/27/2024 | 2,400 | $58.64 | $140,736.00 | 04/10/2024 | 500 | $59.36 | $29,680.00 | |
| | 03/27/2024 | 100 | $58.62 | $5,862.36 | 04/18/2024 | 1,000 | $58.70 | $58,700.00 | |
| | 05/13/2024 | 2,500 | $64.00 | $160,000.00 | 04/24/2024 | 2,000 | $58.86 | $117,720.00 | |
| | 05/14/2024 | 200 | $63.60 | $12,720.00 | 04/24/2024 | 3,000 | $58.64 | $175,920.00 | |
| | 05/14/2024 | 25 | $63.60 | $1,590.00 | 05/20/2024 | 2,500 | $64.53 | $161,315.00 | |
| | 05/16/2024 | 2,200 | $63.16 | $138,952.00 | 06/04/2024 | 250 | $61.58 | $15,395.00 | |
| | 05/16/2024 | 25 | $63.16 | $1,579.00 | 06/05/2024 | 50 | $63.20 | $3,160.00 | |
| | 05/22/2024 | 2,550 | $63.18 | $161,109.00 | 06/05/2024 | 200 | $63.20 | $12,640.00 | |
| | 06/04/2024 | 5,000 | $61.44 | $307,200.00 | 06/05/2024 | 1,000 | $62.90 | $62,900.00 | |
| | 06/10/2024 | 1,000 | $63.20 | $63,200.00 | 06/06/2024 | 50 | $64.02 | $3,201.00 | |
| | 06/20/2024 | 2,550 | $65.37 | $166,691.97 | 06/06/2024 | 50 | $64.04 | $3,201.83 | |
| | 06/20/2024 | 5 | $65.37 | $307.24 | 06/06/2024 | 2,400 | $64.02 | $153,648.00 | |
| | 06/21/2024 | 1,750 | $64.16 | $112,280.00 | 06/07/2024 | 2,000 | $64.66 | $129,320.00 | |
| | 06/26/2024 | 496 | $65.70 | $32,587.20 | 06/20/2024 | 5,000 | $68.56 | $342,800.00 | |
| | 06/28/2024 | 500 | $63.34 | $31,670.00 | 07/18/2024 | 1,800 | $53.00 | $95,400.00 | |
| | 07/01/2024[OA] | 20,000 | $64.70 | $1,294,000.00 | 07/23/2024 | 500 | $52.36 | $26,180.00 | |
| | 07/01/2024[OA] | 10,000 | $65.10 | $651,000.00 | 07/24/2024 | 300 | $52.11 | $15,633.00 | |
| | 07/12/2024[OA] | 6,000 | $62.00 | $372,000.00 | 07/24/2024 | 400 | $52.11 | $20,844.00 | |
| | 07/18/2024[OA] | 500 | $61.00 | $30,500.00 | 07/24/2024 | 1,000 | $52.11 | $52,110.00 | |
| | 07/19/2024[OA] | 3,700 | $61.00 | $225,700.00 | 07/24/2024 | 1,800 | $52.11 | $93,798.00 | |
| | 07/22/2024[OA] | 300 | $61.00 | $18,300.00 | 07/25/2024 | 1,750 | $49.99 | $87,482.50 | |
| | 07/26/2024[OA] | 2,500 | $58.40 | $146,000.00 | 07/30/2024 | 1 | $51.80 | $36.26 | |

Exhibit C
017

Movant's Purchases and Losses — Class Period: 02/08/2024 - 10/29/2024 — Chipotle Mexican Grill, Inc.

| Buy Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| | | | | 07/30/2024 | 100 | $51.80 | $5,180.00 | |
| | | | | 07/30/2024 | 900 | $51.80 | $46,620.00 | |
| | | | | 07/30/2024 | 1,000 | $51.90 | $51,900.00 | |
| | | | | 07/30/2024 | 1,196 | $52.57 | $62,873.72 | |
| | | | | 07/30/2024 | 4,554 | $51.39 | $234,030.06 | |
| | | | | 08/05/2024 | 100 | $51.88 | $5,188.00 | |
| | | | | 08/05/2024 | 100 | $51.88 | $5,188.00 | |
| | | | | 08/05/2024 | 100 | $51.88 | $5,188.00 | |
| | | | | 08/05/2024 | 200 | $51.90 | $10,380.00 | |
| | | | | 08/05/2024 | 500 | $52.10 | $26,050.00 | |
| | | | | 08/09/2024 | 300 | $55.60 | $16,680.00 | |
| | | | | 08/12/2024 | 402 | $55.80 | $22,431.60 | |
| | | | | 08/12/2024 | 500 | $56.00 | $28,000.00 | |
| | | | | 08/12/2024 | 598 | $55.80 | $33,368.40 | |
| | | | | 09/06/2024 | 200 | $53.62 | $10,724.00 | |
| | | | | 09/06/2024 | 200 | $53.63 | $10,726.00 | |
| | | | | 09/06/2024 | 200 | $54.00 | $10,800.00 | |
| | | | | 11/12/2024 | 200 | $60.50 | $12,100.00 | |
| | | | | 12/05/2024 | 496 | $65.00 | $32,240.00 | |
| | | | | 12/12/2024 | 100 | $66.60 | $6,660.00 | |
| | | | | 12/12/2024 | 100 | $66.67 | $6,667.00 | |
| | | | | 12/17/2024 | 800 | $64.36 | $51,488.00 | |
| | | | | held | 27,904 | $60.79 | $1,696,412.05 | |
| | **70,301** | | **$4,417,175.37** | | **70,301** | | **$4,164,395.22** | **($252,780.14)** |

**Tai, Lisa - Account 2 (C3330 06/21/24)**

| Buy Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| 06/14/2024[BC] | 2 | $16.70 | $3,340.00 | 06/13/2024[SO] | 2 | $19.20 | $3,840.00 | |
| 06/17/2024[BC] | 1 | $27.50 | $2,750.00 | 06/14/2024[SO] | 2 | $20.00 | $4,000.00 | |
| 06/17/2024[BC] | 1 | $37.70 | $3,770.00 | | | | | |
| **4** | | | **$9,860.00** | | **4** | | **$7,840.00** | **($2,020.00)** |

**Tai, Lisa - Account 2 (C56 09/27/24)**

| Buy Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| 09/13/2024 | 10 | $1.50 | $1,500.00 | 09/13/2024 | 10 | $1.70 | $1,700.00 | |
| **10** | | | **$1,500.00** | | **10** | | **$1,700.00** | **$200.00** |

**Tai, Lisa - Account 2 (P2560 03/01/24)**

| Buy Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| 03/01/2024[OE] | 1 | $0.00 | $0.00 | 02/12/2024[SO] | 1 | $18.80 | $1,880.00 | |
| **1** | | | **$0.00** | | **1** | | **$1,880.00** | **$1,880.00** |

**Tai, Lisa - Account 2 (P2600 03/08/24)**

| Buy Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| 03/08/2024[OE] | 3 | $0.00 | $0.00 | 02/23/2024[SO] | 3 | $16.00 | $4,800.00 | |
| **3** | | | **$0.00** | | **3** | | **$4,800.00** | **$4,800.00** |

**Tai, Lisa - Account 2 (P2790 05/10/24)**

| Buy Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| 05/10/2024[OE] | 5 | $0.00 | $0.00 | 04/24/2024[SO] | 1 | $42.60 | $4,260.00 | |
| | | | | 04/24/2024[SO] | 1 | $42.60 | $4,260.00 | |
| | | | | 04/24/2024[SO] | 3 | $42.60 | $12,780.00 | |
| **5** | | | **$0.00** | | **5** | | **$21,300.00** | **$21,300.00** |

Exhibit C
018

Movant's Purchases and Losses — Class Period: 02/08/2024 - 10/29/2024 — Chipotle Mexican Grill, Inc.

| Account | Purchase Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|
| **Tai, Lisa - Account 2 (P2820 03/28/24)** | 03/28/2024[OE] | 7 | $0.00 | $0.00 | 03/22/2024[SO] | 2 | $6.10 | $1,220.00 | |
| | | | | | 03/22/2024[SO] | 5 | $5.80 | $2,900.00 | |
| | | **7** | | **$0.00** | | **7** | | **$4,120.00** | **$4,120.00** |
| **Tai, Lisa - Account 2 (P2877.5 04/05/24)** | 04/05/2024[OE] | 8 | $0.00 | $0.00 | 03/22/2024[SO] | 3 | $33.00 | $9,900.00 | |
| | | | | | 03/26/2024[SO] | 5 | $10.60 | $5,300.00 | |
| | | **8** | | **$0.00** | | **8** | | **$15,200.00** | **$15,200.00** |
| **Tai, Lisa - Account 2 (P2882.5 04/12/24)** | 04/12/2024[OE] | 6 | $3.62 | $2,172.00 | 04/03/2024[SO] | 4 | $29.60 | $11,840.00 | |
| | | | | | 04/09/2024[SO] | 2 | $20.00 | $4,000.00 | |
| | | **6** | | **$2,172.00** | | **6** | | **$15,840.00** | **$13,668.00** |
| **Tai, Lisa - Account 2 (P2890 04/12/24)** | 04/12/2024[OE] | 3 | $0.00 | $0.00 | 03/27/2024[SO] | 1 | $37.70 | $3,770.00 | |
| | | | | | 03/27/2024[SO] | 2 | $33.00 | $6,600.00 | |
| | | **3** | | **$0.00** | | **3** | | **$10,370.00** | **$10,370.00** |
| **Tai, Lisa - Account 2 (P3120 06/14/24)** | 06/11/2024[BC] | 1 | $25.00 | $2,500.00 | 06/06/2024[SO] | 3 | $23.90 | $7,170.00 | |
| | 06/12/2024[BC] | 1 | $4.00 | $400.00 | 06/10/2024[SO] | 2 | $21.00 | $4,200.00 | |
| | 06/14/2024[OE] | 3 | $0.00 | $0.00 | | | | | |
| | | **5** | | **$2,900.00** | | **5** | | **$11,370.00** | **$8,470.00** |
| **Tai, Lisa - Account 2 (P3150 05/31/24)** | 05/30/2024[BC] | 2 | $74.00 | $14,800.00 | 05/08/2024[SO] | 4 | $32.00 | $12,800.00 | |
| | 05/31/2024[BC] | 2 | $66.00 | $13,200.00 | | | | | |
| | | **4** | | **$28,000.00** | | **4** | | **$12,800.00** | **($15,200.00)** |
| **Tai, Lisa - Account 2 (P3155 05/24/24)** | 05/23/2024[BC] | 1 | $9.50 | $950.00 | 05/08/2024[SO] | 3 | $26.60 | $7,980.00 | |
| | 05/24/2024[BC] | 3 | $4.30 | $1,290.00 | 05/15/2024[SO] | 1 | $26.40 | $2,640.00 | |
| | | **4** | | **$2,240.00** | | **4** | | **$10,620.00** | **$8,380.00** |
| **Tai, Lisa - Account 2 (P3155 06/21/24)** | 06/21/2024[OE] | 4 | $0.00 | $0.00 | 05/20/2024[SO] | 2 | $37.80 | $7,560.00 | |
| | | | | | 06/10/2024[SO] | 2 | $48.50 | $9,700.00 | |
| | | **4** | | **$0.00** | | **4** | | **$17,260.00** | **$17,260.00** |
| **Tai, Lisa - Account 2 (P3160 05/31/24)** | 05/28/2024[BC] | 1 | $25.00 | $2,500.00 | 05/10/2024[SO] | 1 | $25.00 | $2,500.00 | |
| | 05/30/2024[BC] | 1 | $83.10 | $8,310.00 | 05/10/2024[SO] | 2 | $25.00 | $5,000.00 | |
| | 05/31/2024[BC] | 1 | $77.00 | $7,700.00 | | | | | |
| | | **3** | | **$18,510.00** | | **3** | | **$7,500.00** | **($11,010.00)** |
| **Tai, Lisa - Account 2 (P3215 06/14/24)** | 06/14/2024[OE] | 3 | $0.00 | $0.00 | 06/13/2024[SO] | 3 | $9.90 | $2,970.00 | |

Exhibit C
019

Movant's Purchases and Losses

Class Period: 02/08/2024 - 10/29/2024

Chipotle Mexican Grill, Inc.

| Account | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | 3 | | $0.00 | | 3 | | $2,970.00 | $2,970.00 |
| Tai, Lisa - Account 2 (P49 08/16/24) | 08/16/2024[OE] | 20 | $0.00 | $0.00 | 08/13/2024[SO] | 20 | $1.25 | $2,500.00 | |
| | | 20 | | $0.00 | | 20 | | $2,500.00 | $2,500.00 |
| Tai, Lisa - Account 2 (P49 08/30/24) | 08/30/2024[OE] | 6 | $0.00 | $0.00 | 08/13/2024[SO] | 6 | $0.95 | $570.00 | |
| | | 6 | | $0.00 | | 6 | | $570.00 | $570.00 |
| Tai, Lisa - Account 2 (P52 08/09/24) | 08/09/2024[OE] | 30 | $0.00 | $0.00 | 07/22/2024[SO] | 30 | $1.75 | $5,250.00 | |
| | | 30 | | $0.00 | | 30 | | $5,250.00 | $5,250.00 |
| Tai, Lisa - Account 2 (P52 08/16/24) | 08/13/2024[BC] | 10 | $1.65 | $1,650.00 | 08/02/2024[SO] | 10 | $1.35 | $1,350.00 | |
| | | 10 | | $1,650.00 | | 10 | | $1,350.00 | ($300.00) |
| Tai, Lisa - Account 2 (P52 08/23/24) | 08/19/2024[BC] | 20 | $0.85 | $1,700.00 | 08/06/2024[SO] | 20 | $0.80 | $1,600.00 | |
| | | 20 | | $1,700.00 | | 20 | | $1,600.00 | ($100.00) |
| Tai, Lisa - Account 2 (P52 09/20/24) | 09/20/2024[OE] | 25 | $0.00 | $0.00 | 09/04/2024[SO] | 25 | $1.05 | $2,625.00 | |
| | | 25 | | $0.00 | | 25 | | $2,625.00 | $2,625.00 |
| Tai, Lisa - Account 2 (P53 09/27/24) | 09/23/2024[BC] | 25 | $0.05 | $125.00 | 09/06/2024[SO] | 25 | $1.30 | $3,250.00 | |
| | | 25 | | $125.00 | | 25 | | $3,250.00 | $3,125.00 |
| Tai, Lisa - Account 2 (P57 10/04/24) | 10/02/2024[BC] | 10 | $0.35 | $350.00 | 09/17/2024[SO] | 25 | $0.95 | $2,375.00 | |
| | 10/04/2024[OE] | 20 | $0.00 | $0.00 | 09/18/2024[SO] | 5 | $1.30 | $650.00 | |
| | | 30 | | $350.00 | | 30 | | $3,025.00 | $2,675.00 |
| Tai, Lisa - Account 2 (P57 10/18/24) | 10/15/2024[BC] | 5 | $0.05 | $25.00 | 10/07/2024[SO] | 25 | $1.20 | $3,000.00 | |
| | 10/16/2024[BC] | 5 | $0.05 | $25.00 | | | | | |
| | 10/18/2024[OE] | 15 | $0.00 | $0.00 | | | | | |
| | | 25 | | $50.00 | | 25 | | $3,000.00 | $2,950.00 |
| Tai, Lisa - Account 2 (P58 11/01/24) | 10/29/2024[BC] | 10 | $2.00 | $2,000.00 | 10/15/2024[SO] | 30 | $1.85 | $5,550.00 | |
| | 10/31/2024[BC] | 20 | $1.10 | $2,200.00 | | | | | |
| | | 30 | | $4,200.00 | | 30 | | $5,550.00 | $1,350.00 |
| Tai, Lisa - Account 2 (P58.4 07/26/24) | 07/26/2024[OA] | 25 | $0.00 | $0.00 | 07/08/2024[SO] | 25 | $2.15 | $5,375.00 | |

Exhibit C
020

Movant's Purchases and Losses
Class Period: 02/08/2024 - 10/29/2024
Chipotle Mexican Grill, Inc.

| | | Shares | Price | Amount | | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | 25 | | $0.00 | | 25 | | $5,375.00 | $5,375.00 |
| **Tai, Lisa - Account 2 (P61 07/19/24)** | 07/18/2024[BC] | 5 | $6.80 | $3,400.00 | 07/02/2024[SO] | 50 | $1.35 | $6,750.00 | |
| | 07/18/2024[OA] | 5 | $0.00 | $0.00 | | | | | |
| | 07/19/2024[OA] | 37 | $0.00 | $0.00 | | | | | |
| | 07/22/2024[OA] | 3 | $0.00 | $0.00 | | | | | |
| | | 50 | | $3,400.00 | | 50 | | $6,750.00 | $3,350.00 |
| **Tai, Lisa - Account 2 (P62 07/12/24)** | 07/05/2024[BC] | 10 | $0.80 | $800.00 | 07/03/2024[SO] | 80 | $1.00 | $8,000.00 | |
| | 07/10/2024[BC] | 10 | $3.60 | $3,600.00 | | | | | |
| | 07/12/2024[OA] | 60 | $0.00 | $0.00 | | | | | |
| | | 80 | | $4,400.00 | | 80 | | $8,000.00 | $3,600.00 |
| **Tai, Lisa - Account 2 (P63.9 07/05/24)** | 07/03/2024[BC] | 100 | $1.85 | $18,500.00 | 06/25/2024[SO] | 100 | $0.99 | $9,900.00 | |
| | | 100 | | $18,500.00 | | 100 | | $9,900.00 | ($8,600.00) |
| **Tai, Lisa - Account 2 (P64.7 06/28/24)** | 07/01/2024[OA] | 200 | $0.00 | $0.00 | 06/17/2024[SO] | 150 | $0.51 | $7,680.00 | |
| | | | | | 06/20/2024[SO] | 50 | $1.29 | $6,470.00 | |
| | | 200 | | $0.00 | | 200 | | $14,150.00 | $14,150.00 |
| **Tai, Lisa - Account 2 (P65.1 06/28/24)** | 06/28/2024[BC] | 50 | $2.50 | $12,500.00 | 06/17/2024[SO] | 100 | $0.59 | $5,900.00 | |
| | 07/01/2024[OA] | 100 | $0.00 | $0.00 | 06/21/2024[SO] | 50 | $1.89 | $9,470.00 | |
| | | 150 | | $12,500.00 | | 150 | | $15,370.00 | $2,870.00 |
| **Movant's Total** | | 183,878 | | $11,730,682.33 | | 183,878 | | $11,370,281.98 | ($360,400.35) |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $60.79 as of January 08, 2025 for common stock.

*Adjustment factor of 50.0 applied to all transctions (shares and prices) to reflect the 06/26/2024 stock split.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

[CS]Cover short sale.
[SS]Short sale.

[BC]Buy to close.
[SO]Sell to open.

Exhibit C
021

Movant's Purchases and Losses

<sup>OA</sup>Option assigned.

<sup>OE</sup>Option expired.

Class Period: 02/08/2024 - 10/29/2024

Chipotle Mexican Grill, Inc.

Exhibit C
022