# EXHIBIT D

# DECLARATION OF LISA TAI

I, Lisa Tai, submit this declaration in support of my lead plaintiff motion.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.      I live in Port Washington, New York and I have worked as a controller for non-profit organizations for approximately 28 years.  I earned a Bachelor of Science degree in Accounting as well as a Master of Business Administration from New York University.  I have more than 40 years of investing experience and I am familiar with selecting and overseeing counsel.

2.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize a potential settlement on behalf of the class.  I am willing to perform all of these duties on behalf of the class members.

4.      I have a substantial financial interest in this case based on my losses and have an incentive to prosecute this case on behalf of Chipotle Mexican Grill, Inc. investors.

5.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

4922-1927-1182.v1

Exhibit D
023

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. After considering my options, I selected Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis based on its experience prosecuting securities cases. Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9 day of January, 2025.

DocuSigned by:

4AC1E593BE0E492...

LISA TAI

4922-1927-1182.v1