POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movants Samuel Catt*
*and Nutan Desai and Proposed Lead*
*Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., BRIAN NICCOL, and JOHN R. HARTUNG,<br><br>Defendants. | Case No. 8:24-cv-02459-SPG-JDE<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF SAMUEL CATT AND NUTAN DESAI FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**<br><br>DATE:  February 12, 2025<br>TIME:  1:30 p.m.<br>JUDGE:  Sherilyn Peace Garnett<br>CTRM:  5C |

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Samuel Catt ("Catt") and Nutan Desai ("Desai"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Catt and Desai's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart setting forth Catt and Desai's financial interest in this litigation;

Exhibit B:   Press release published via *Business Wire* on November 11, 2024, announcing the pendency of the Action;

Exhibit C:   Shareholder Certifications executed by Catt and Desai;

Exhibit D:   Joint Declaration executed by Catt and Desai; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 10, 2025.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION - 8:24-cv-02459-SPG-JDE
1

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti