# EXHIBIT A

**Chipotle Mexican Grill, Inc. (CMG)**
**Class Period: February 8, 2024 to October 29, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**
**50:1 stock split 6/26/24\*\***

73-Days\*
Mean Price
$60.7069

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Samuel Catt | | 3,100 | | ($198,338) | | 0 | | $0 | 3,100 | $188,192 | ($10,146) |
| Nutan Desai | | 10,000 | | ($620,876) | | (9,700) | | $597,982 | 300 | $18,212 | ($4,682) |
| **Samuel Catt; Nutan Desai** | | **13,100** | | **($819,214)** | | **(9,700)** | | **$597,982** | **3,400** | **$206,404** | **($14,829)** |
| | | | | | | | | | | | |
| **Samuel Catt** | **6/6/2024** | **3,100** | **$63.9800** | **($198,338)** | | **0** | | **$0** | **3,100** | **$188,192** | **($10,146)** |
| | | | | | | | | | | | |
| Nutan Desai | 5/31/2024 | 7,150 | $62.1848 | ($444,621) | 6/3/2024 | (8,750) | $62.0154 | $542,635 | | | |
| Nutan Desai | 5/31/2024 | 2,850 | $61.8438 | ($176,255) | 11/7/2024 | (950) | $58.2600 | $55,347 | | | |
| **Nutan Desai** | | **10,000** | | **($620,876)** | | **(9,700)** | | **$597,982** | **300** | **$18,212** | **($4,682)** |

\*Avg Closing Prices from October 30, 2024 to January 10, 2024

\*\*Adjusted for 50:1 stock split on June 26, 2024