# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated,

                                    Plaintiff,

        vs.

CHIPOTLE MEXICAN GRILL, INC.; BRIAN NICCOL; and JOHN R. HARTUNG,

                                    Defendants.

Case No. 8:24-cv-02459-SPG-JDE

**ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULING DEADLINES [ECF NO. 45]**

Before the Court is the Parties' Joint Stipulation Regarding Scheduling Deadlines (ECF No. 45 ("Stipulation")).  Having reviewed the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1.    Lead Plaintiff shall file an Amended Complaint on or by April 29, 2025;

2.    Defendants' responsive pleading, if any, is due on or by July 1, 2025;

3.    Lead Plaintiff's opposition thereto, if any, is due on or by August 19, 2025; and

- 1 -

4.      Defendants' reply thereto, if any, is due on or by September 23, 2025.

**IT IS SO ORDERED.**

DATED:  March 4, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -