# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC., BRIAN NICCOL, JOHN R. HARTUNG, and LAURIE SCHALOW,

Defendants.

Case No. 8:24-cv-02459-SPG-JDE

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT [ECF NO. 56]**

**[PROPOSED] ORDER**

On July 1, 2025, Defendants Chipotle Mexican Grill, Inc. ("Chipotle"), Brian Niccol, John R. Hartung, and Laurie Schalow (collectively "Defendants") filed their request that the Court consider the following exhibits under the doctrine of incorporation by reference and/or judicial notice pursuant to Federal Rule of Evidence 201.

The Court having considered Defendants' Request for Judicial Notice, any opposition filed to Defendants' Request for Judicial Notice and all other parts of the record and finding good cause therefor, hereby Grants the Request for Judicial Notice and ORDERS as follows:

Exhibits 1-20, as outlined below, are properly subject to consideration in connection with Defendants' Motion to Dismiss the Consolidated Complaint because each is incorporated by reference into the Complaint and/or is subject to judicial notice.

**Exhibit 1**: A *New York Post* article entitled, "Chipotle called out by fans over 'shrinking' portion sizes – experts are warning the chain not to ignore them," dated December 19, 2023, and which is publicly available at https://nypost.com/2023/12/19/lifestyle/chipotle-called-out-by-fans-over-decreased-portion-sizes/.

**Exhibit 2**: Chipotle's Form 10-K for the period ended December 31, 2023, which was filed with the Securities and Exchange Commission ("SEC") on February 8, 2024, and is publicly available at https://www.sec.gov/edgar.

**Exhibit 3**: Chipotle's Form 10-Q for the period ended March 31, 2024, which was filed with the SEC on April 25, 2024, and is publicly available at https://www.sec.gov/edgar.

**Exhibit 4:** A *Restaurant Business Online* article entitled, "Even Keith Lee agrees Chipotle has a portion-size problem," dated May 16, 2024 and which is

publicly available at https://www.restaurantbusinessonline.com/operations/even-keith-lee-agrees-chipotle-has-portion-size-problem.

**Exhibit 5**: A *Washington Post* article entitled, "Chipotle portions haven's shrunk, company says after TikTok backlash," dated May 29, 2024, and which is available at https://www.washingtonpost.com/food/2024/05/29/chipotle-portion-size-complaints-criticism/.

**Exhibit 6**: A Wells Fargo analyst report entitled "Chipotle Mexican Grill, Inc. (CMG): Chart(s) of the Day Part 15: Weighing In on the Burrito Bowl 'Weight Debate,'" dated June 27, 2024, and which is available at https://www.capitaliq.com.

**Exhibit 7**: A *Bloomberg Law* article entitled, "Chipotle Rout on Portion Woes is Chance to Buy, Analysts Say," dated July 12, 2024, and which is available at https://www.bloomberg.com/news/articles/2024-07-12/chipotle-rout-amid-portion-debate-is-chance-to-buy-analysts-say.

**Exhibit 8**: A Wells Fargo analyst report entitled, "Chipotle Mexican Grill, Inc. (CMG): With Recent Noise "Weighing" on Shares, We Like Q2 Setup; Favorable Risk/Reward," dated July 17, 2024, and which is available at https://www.capitaliq.com.**Exhibit 9**: The transcript from Chipotle's Q2 2024 Earnings Call, dated July 24, 2024, and which is available at https://www.spglobal.com/market-intelligence/en.

**Exhibit 10:** A Deutsche Bank analyst report entitled, "Bigger Bowls & Brisket to Support Bull Case," dated July 25, 2024, and which is available at https://www.capitaliq.com.

**Exhibit 11:** An Evercore ISI analyst report entitled, "Investing in portion leadership; Trimming EPS & Target; Outperform," dated July 25, 2024, and which is available at https://www.capitaliq.com.

**Exhibit 12**: A *Wall Street Journal* article entitled, "Chipotle Fans Take Burrito 'Skimp' Into Their Own Hands," dated August 5, 2024, and which is available at https://www.wsj.com/lifestyle/chipotle-burrito-skimp-sizes-portions-00d27593.

**Exhibit 13**: The transcript from Chipotle's Q3 2024 Earnings Call, dated October 29, 2024, and which is available at https://www.spglobal.com/market-intelligence/en.

**Exhibit 14**: Historical data for the price of Chipotle's stock (CMG) between October 2, 2023, and December 30, 2024, published by *Yahoo! Finance* and publicly available at https://finance.yahoo.com/quote/CMG/history.

**Exhibit 15:** John R. Hartung's Form 4 filed on June 14, 2024, with the SEC, which is publicly available at https://www.sec.gov/edgar.

**Exhibit 16**: Brian Niccol's Form 4s filed on April 26, 2024, February 16, 2023, February 9, 2022, and January 3, 2022, with the SEC, which are publicly available at https://www.sec.gov/edgar.

**Exhibit 17**: An article from *BroBible* entitled, "Finance Bro Discovers Chipotle is Completely Lying about Consistent Portion Sizes," dated June 27, 2024, which is publicly available at https://brobible.com/sports/article/wells-fargo-analyst-chipotle-lying/.

**Exhibit 18**: A *CNN Business* article entitled, "An analyst ordered 75 Chipotle burrito bowls to test portion size," dated June 28, 2024, which is publicly available at https://www.cnn.com/chipotle-portion-sizes-smaller-test.

**Exhibit 19**: A TD Securities (USA) LLC analyst report entitled, "Causal Catch-Up w/Fast Casual Execs Vol 15+ BROS/CAVA/CMG/SHAK/SG Read-Thrus," dated July 15, 2024, and which is available at https://www.capitaliq.com.

**Exhibit 20**: A *YouGov* articled entitled, "Is Chipotle feeling the heat amid portion size concerns? Buzz and Value scores are certainly dipping," dated July 19, 2024, which is publicly available at https://business.yougov.com/content/50139-chipotle-brand-health-tiktok-portion-sizes-2024.

IT IS SO ORDERED.

Dated: _____          By: _____
                                   HON. SHERILYN PEACE GARNETT
                                   UNITED STATES DISTRICT JUDGE