ROBBINS GELLER RUDMAN
 & DOWD LLP
TOR GRONBORG (179109)
TRIG R. SMITH (237399)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHIPOTLE MEXICAN GRILL, INC., et al., <br><br> Defendants. | Case No. 8:24-cv-02459-SPG-JDE <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF STEPHEN JOHNSON IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE APPENDIX A TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT <br><br> DATE:   November 5, 2025 <br> TIME:   1:30 p.m. <br> CTRM:   5C <br> JUDGE:  Hon. Sherilyn Peace Garnett |

4910-9279-7537.v1

I, Stephen Johnson, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am an attorney with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff Lisa Tai ("Plaintiff").  I make this declaration in support of Plaintiff's Motion to Strike Appendix A to Defendants' Notice of Motion and Motion to Dismiss the Consolidated Complaint ("Motion to Strike").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    On August 14, 2025, pursuant to Local Rule 7-3 and this Court's Standing Order for Newly Assigned Civil Cases, dated January 10, 2025 (the "Standing Order"), I met and conferred with counsel for Chipotle Mexican Grill, Inc., Brian Niccol, John R. Hartung, and Laurie Schalow (collectively "Defendants").  We thoroughly discussed the substance and potential resolution of the Motion to Strike by videoconference.  I explained that Plaintiff intended to file a motion to strike Appendix A – Statement Chart attached to Defendants' Notice of Motion and Motion to Dismiss the Consolidated Complaint (ECF 55-1) ("Appendix A" or the "Appendix") as violating the Local Rules that govern the length of memoranda of points and authority as well as appendices thereto, and the related provisions of the Court's Standing Order.  I answered questions from counsel for Defendants concerning the basis for the Motion to Strike.  Defendants' counsel indicated they would oppose the Motion to Strike.

3.    On August 18, 2025, Defendants' counsel followed up on our discussion via email confirming that Defendants opposed the Motion to Strike.  Furthermore, counsel for Defendants clarified the basis for their opposition, including that they believed Fed. R. Civ. P. 12(f) was an improper ground upon which to move to strike the Appendix as Defendants' Notice of Motion and Motion to Dismiss the Consolidated Complaint (ECF 55) was not a "pleading" as defined in Rule 12(f), citing authority therefor.  Plaintiff's Motion to Strike filed following this exchange

- 1 -

4910-9279-7537.v1

- 2 -

does not rely on Rule 12(f) as a basis for the Court's authority to grant the Motion to Strike.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of August, 2025.

s/ Stephen Johnson
STEPHEN JOHNSON

4910-9279-7537.v1