UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., et al.,<br><br>                    Defendants. | Case No. 8:24-cv-02459-SPG-JDE<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE APPENDIX A TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT [ECF NO. 59] |

On August 21, 2025, Lead Plaintiff Lisa Tai ("Plaintiff") filed her Notice of Motion and Motion to Strike Appendix A to Defendants' Notice of Motion and Motion to Dismiss the Consolidated Complaint ("Motion to Strike") pursuant to Local Rules 11-6.1 and 11-7, the Court's Standing Order for Newly Assigned Civil Cases, dated January 10, 2025 ("Standing Order") §G.4, and the Court's inherent authority to strike materials from the record.  The Court, having considered Plaintiff's Motion to Strike, Defendants' opposition thereto, Plaintiff's reply brief in further support of her Motion to Strike, and all other parts of the record and finding sufficient good cause therefor, hereby GRANTS the Motion to Strike and ORDERS as follows:

Pursuant to Local Rules 11-6.1, 11-7, and this Court's Standing Order, Appendix A – Statement Chart attached to Defendants' Notice of Motion and Motion to Dismiss the Consolidated Complaint (ECF 55-1) is hereby stricken from the record, and will not be considered by the Court in ruling on Defendants' Notice of Motion and Motion to Dismiss the Consolidated Complaint (ECF 55).  *See Cheng Jiangchen v. Rentech, Inc.*, 2017 WL 10363990, at *4 (C.D. Cal. Nov. 20, 2017) (striking a similar chart for violating the local rules as "'defense counsel was required to include all argument within the text'" of the papers) (citing *Think Vill.-Kiwi, LLC v. Adobe Sys., Inc.*, 2009 WL 3837270, at *7 (N.D. Cal. Nov. 16, 2009)).

IT IS SO ORDERED.

DATED: _____        _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 1 -