LATHAM & WATKINS LLP
Michele D. Johnson (CA Bar No. 198298)
 *michele.johnson@lw.com*
Ryan A. Walsh (CA Bar No. 294506)
 *ryan.walsh@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Andrew B. Clubok (*pro hac vice*)
 *andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice*)
 *susan.engel@lw.com*
Matthew J. Peters (*pro hac vice*)
 *matthew.peters@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendants Chipotle
Mexican Grill, Inc., Brian Niccol,
John R. Hartung, and Laurie Schalow*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., BRIAN NICCOL, JOHN R. HARTUNG, and LAURIE SCHALOW,<br><br>Defendants. | Case No. 8:24-cv-02459-SPG-JDE<br><br>**DECLARATION OF MATTHEW J. PETERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE APPENDIX A TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Date: November 5, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 5C |

I, Matthew J. Peters, declare as follows:

1.      I am a counsel with the law firm of Latham & Watkins LLP, which represents Defendants Chipotle Mexican Grill, Inc. ("Chipotle"), Brian Niccol, John R. Hartung, and Laurie Schalow (collectively, "Defendants") in the above-captioned litigation.

2.      I am a member in good standing of the State Bars of Maryland and the District of Columbia, and I am admitted *pro hac vice* to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.      I respectfully submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Strike Appendix A to Defendants' Notice of Motion and Motion to Dismiss the Consolidated Complaint.

4.      On August 14, 2025, I met and conferred with Plaintiff's counsel about Plaintiff's intent to move to strike Appendix A to Defendants' Motion to Dismiss. Plaintiff's counsel asserted that the Appendix violates the Local Rules. I stated that Defendants would oppose the request.

5.      On August 18, 2025, I sent an email to Plaintiff's counsel. The email outlined several reasons why Defendants "do not believe a motion to strike Appendix A … is appropriate." I also stated that "the meet and confer process required under the Rules … is particularly appropriate here, and that the parties should endeavor to avoid burdening the Court." And I asked Plaintiff's counsel to "let us know if you're available to discuss further via video." Attached hereto as **Exhibit 1** is a true and correct copy of the email that I sent to Plaintiff's counsel on August 18, 2025.

6.      Plaintiff's counsel did not respond to my August 18, 2025 email.

7.      On August 21, 2025, Plaintiff filed the Motion to Strike. Dkt. 59.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October 2025, in Washington, D.C.

By: _____

Matthew J. Peters