**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:24-cv-02459-SPG-JDE |
| Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE APPENDIX A TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT [ECF NO. 59]** |
| v. | |
| CHIPOTLE MEXICAN GRILL, INC., BRIAN NICCOL, JOHN R. HARTUNG, and LAURIE SCHALOW, | |
| Defendants. | |

**[PROPOSED] ORDER**

On August 21, 2025, Lead Plaintiff Lisa Tai filed a Motion to Strike Appendix A to Defendants' Motion to Dismiss the Consolidated Complaint ("Motion to Stike"). On October 15, 2025, Defendants Chipotle Mexican Grill, Inc. ("Chipotle"), Brian Niccol, John R. Hartung, and Laurie Schalow (collectively "Defendants") filed their Opposition to Lead Plaintiff's Motion to Strike.

The Court having considered Lead Plaintiff's Motion to Strike, Defendants' opposition and all other parts of the record and finding good cause therefor, hereby Denies the Motion to Strike and ORDERS as follows:

1. Lead Plaintiff's Motion to Strike is Denied;

2. The Court will consider Defendants' Appendix A to their Motion to Dismiss in connection with its decision on Defendants' Motion to Dismiss.

IT IS SO ORDERED.


Dated: _____        By: _____
                            HON. SHERILYN PEACE GARNETT
                            UNITED STATES DISTRICT JUDGE

2