LATHAM & WATKINS LLP
Michele D. Johnson (CA Bar No. 198298)
 *michele.johnson@lw.com*
Ryan A. Walsh (CA Bar No. 294506)
 *ryan.walsh@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Andrew B. Clubok (*pro hac vice*)
 *andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice*)
 *susan.engel@lw.com*
Matthew J. Peters (*pro hac vice*)
 *matthew.peters@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendants Chipotle
Mexican Grill, Inc., Brian Niccol,
John R. Hartung, and Laurie Schalow*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHIPOTLE MEXICAN GRILL, INC., BRIAN NICCOL, JOHN R. HARTUNG, and LAURIE SCHALOW, <br><br> Defendants. | Case No. 8:24-cv-02459-SPG-JDE <br><br> **DEFENDANTS' STATEMENT OF RECENT DECISIONS** |

Defendants Chipotle Mexican Grill, Inc. ("Chipotle"), Brian Niccol, John R. Hartung, and Laurie Schalow (collectively "Defendants") respectfully request to submit this notice of supplemental authority to bring to the Court's attention two newly issued authorities relevant to Defendants' Motion to Dismiss the Consolidated Complaint (ECF No. 55).

Defendants wish to call the Court's attention to a recent Opinion from the United States Court of Appeals for the Ninth Circuit in *Oakland County Voluntary Employees' Beneficiary Association v. Tesla Inc.*, 2025 WL 3459471 (9th Cir. Dec. 2, 2025). A true and correct copy of the order is attached hereto as Exhibit A.

Defendants also wish to call the Court's attention to a recent Opinion from the United States Court of Appeals for the Ninth Circuit in *HRSA-ILA Funds v. Adidas AG*, 2025 WL 3471703 (9th Cir. Dec. 3, 2025). A true and correct copy of the order is attached hereto as Exhibit B.

Dated: December 5, 2025                    Respectfully submitted,

                                           LATHAM & WATKINS LLP

                                           By  */s/ Michele D. Johnson*
                                           Michele D. Johnson (CA Bar No. 198298)
                                            *michele.johnson@lw.com*
                                           Ryan A. Walsh (CA Bar No. 294506)
                                            *ryan.walsh@lw.com*
                                           650 Town Center Drive, 20th Floor
                                           Costa Mesa, California 92626-1925
                                           Telephone: +1.714.540.1235
                                           Facsimile: +1.714.755.8290

                                           Andrew B. Clubok (*pro hac vice*)
                                            *andrew.clubok@lw.com*
                                           Susan E. Engel (*pro hac vice*)
                                            *susan.engel@lw.com*
                                           Matthew J. Peters (*pro hac vice*)
                                            *matthew.peters@lw.com*
                                           555 Eleventh Street, NW, Suite 1000
                                           Washington, D.C. 20004-1304
                                           Telephone: +1.202.637.3309
                                           Facsimile: +1.202.637.2201

*Attorneys for Defendants Chipotle Mexican Grill, Inc., Brian Niccol, John R. Hartung, and Laurie Schalow*