ROBBINS GELLER RUDMAN
   & DOWD LLP
TOR GRONBORG (179109)
TRIG R. SMITH (237399)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., et al.,<br><br>                 Defendants. | Case No. 8:24-cv-02459-SPG-JDE<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISIONS |

4915-6424-8448.v1

Lead Plaintiff Lisa Tai hereby submits this response to Defendants' Statement of Recent Decisions (ECF 65) ("Statement").  Lead Plaintiff respectfully contends the Court should disregard the Statement and attached supplemental authorities.

## I.      RESPONSE

Defendants Chipotle Mexican Grill, Inc., Brian Niccol, John R. Hartung, and Laurie Schalow ("Defendants") conclusory assert the supplemental authorities attached to their Statement (ECF 65-1; ECF 65-2) are "relevant" to their Motion to Dismiss the Consolidated Complaint (ECF 55), but fail to include any indication as to how or why.  *See* Statement at 2; *see Blyden v. Navient Corp.*, 2016 WL 6601658, at *2 n.5 (C.D. Cal. Feb. 16, 2016) (declining to consider supplemental authority because the submitting party did "not endeavor to explain the import of the case, other than noting that it is 'pertinent'" to the action).  Further, while both opinions issued by the United States Court of Appeals for the Ninth Circuit recently addressed securities fraud class actions, it is unclear how either case supports Defendants' Motion to Dismiss given the submitted authorities' stark factual dissimilarities to the instant action.

## II.     CONCLUSION

The Court should decline to consider the supplemental authority submitted by Defendants at ECF 65-1 and 65-2.

DATED:  December 8, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
STEPHEN JOHNSON

s/ Trig R. Smith
TRIG R. SMITH

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
sjohnson@rgrdlaw.com

- 1 -

4915-6424-8448.v1

Lead Counsel for Lead Plaintiff

- 2 -

4915-6424-8448.v1