# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.; BRIAN NICCOL; JOHN R. HARTUNG; and LAURIE SCHALOW,<br><br>Defendants. | Case No. 8:24-cv-02459-SPG-JDE<br><br>**ORDER GRANTING JOINT STIPULATION REGARIDNG SCHEDULING DEADLINES [ECF NO. 68]** |

Before the Court is the parties' Joint Stipulation Regarding Scheduling Deadlines. *See* (ECF No. 68 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. Lead Plaintiff Lisa Tai ("Plaintiff") shall file a Second Amended Complaint ("SAC") on or by January 20, 2026.

2. Defendants Chipotle Mexican Grill, Inc., Brian Niccol, John R. Hartung, and Laurie Schalow ("Defendants") shall file a response to the SAC on or by March 3, 2026.

3.     Plaintiff's opposition, if any, to Defendants' response shall be filed on or by March 31, 2026.

4.     Defendants' reply, if any, shall be filed on or by April 28, 2026.

**IT IS SO ORDERED.**

DATED: January 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -