

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:24-cv-02459-SPG-JDE |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT [ECF NO. 73]** |
| v. | |
| CHIPOTLE MEXICAN GRILL, INC., BRIAN NICCOL, JOHN R. HARTUNG, and LAURIE SCHALOW, | |
| Defendants. | |

## [PROPOSED] ORDER

On March 3, 2026, Defendants Chipotle Mexican Grill, Inc. ("Chipotle"), Brian Niccol, John R. Hartung, and Laurie Schalow (collectively "Defendants") filed their request that the Court consider the following exhibits under the doctrine of incorporation by reference and/or judicial notice pursuant to Federal Rule of Evidence 201.

The Court having considered Defendants' Request for Judicial Notice, any opposition filed to Defendants' Request for Judicial Notice, and all other parts of the record and finding good cause therefor, hereby GRANTS the Request for Judicial Notice and ORDERS as follows:

Exhibits 1-29, as outlined below, are properly subject to consideration in connection with Defendants' Motion to Dismiss the Second Amended Complaint because each is incorporated by reference into the Complaint and/or is subject to judicial notice.

**Exhibit 1**: A *New York Post* article entitled, "Chipotle called out by fans over 'shrinking' portion sizes – experts are warning the chain not to ignore them," dated December 19, 2023, and which is publicly available at https://nypost.com/2023/12/19/lifestyle/chipotle-called-out-by-fans-over-decreased-portion-sizes/.

**Exhibit 2**: Chipotle's Form 10-K for the period ended December 31, 2023, which was filed with the Securities and Exchange Commission ("SEC") on February 8, 2024, and is publicly available at https://www.sec.gov/edgar.

**Exhibit 3**: Chipotle's Form 10-Q for the period ended March 31, 2024, which was filed with the SEC on April 25, 2024, and is publicly available at https://www.sec.gov/edgar.

**Exhibit 4**: A *Restaurant Business Online* article entitled, "Even Keith Lee agrees Chipotle has a portion-size problem," dated May 16, 2024, and which is

publicly available at https://www.restaurantbusinessonline.com/operations/even-keith-lee-agrees-chipotle-has-portion-size-problem.

**Exhibit 5**: An *ABC News* article entitled, "Chipotle says portions have not changed despite TikTok claims," dated May 29, 2024, and which is publicly available at https://abcnews.com/GMA/Food/chipotle-portions-changed-despite-tiktok-claims/story?id=110640125/.

**Exhibit 6**: A *Washington Post* article entitled, "Chipotle portions haven't shrunk, company says after TikTok backlash," dated May 29, 2024, and which is available at https://www.washingtonpost.com/food/2024/05/29/chipotle-portion-size-complaints-criticism/.

**Exhibit 7**: A *CNBC* "Mad Money" segment from May 29, 2024 entitled, "Chipotle CEO Brian Niccol sits down with Jim Cramer." Video of the segment is publicly available at https://www.cnbc.com/video/2024/05/29/chipotle-ceo-brian-niccol-sits-down-with-jim-cramer.html.

**Exhibit 8**: A *Fortune* article entitled, "Chipotle CEO: Our portion sizes aren't getting smaller—but you can get more food with a special look," dated May 30, 2024, and which is publicly available at https://fortune.com/2024/05/30/chipotle-ceo-brian-niccol-portion-sizes-special-look/.

**Exhibit 9**: A Wells Fargo analyst report, dated June 27, 2024, and which is available at https://www.capitaliq.com.

**Exhibit 10**: A *BroBible* article entitled, "Finance Bro Discovers Chipotle is Completely Lying about Consistent Portion Sizes," dated June 27, 2024, and which is publicly available at https://brobible.com/sports/article/wells-fargo-analyst-chipotle-lying/.

**Exhibit 11**: A *CNN Business* article entitled, "An analyst ordered 75 Chipotle burrito bowls to test portion size," dated June 28, 2024, and which is publicly available at https://www.cnn.com/chipotle-portion-sizes-smaller-test.

**Exhibit 12**: A *Fox Business* article entitled, "Wells Fargo analysts 'weigh in' on Chipotle portion sizing after restaurant chain faces backlash online," dated July 4, 2024, and which is publicly available at https://www.foxbusiness.com/lifestyle/wells-fargo-analysts-weigh-chipotle-portion-sizing-restaurant-chain-faces-backlash-online.

**Exhibit 13**: A *Bloomberg* article entitled, "Chipotle Rout on Portion Woes is Chance to Buy, Analysts Say," dated July 12, 2024, and which is available at https://www.bloomberg.com/news/articles/2024-07-12/chipotle-rout-amid-portion-debate-is-chance-to-buy-analysts-say.

**Exhibit 14**: A TD Securities (USA) LLC analyst report entitled, "Casual Catch-Up w/Fast Casual Execs Vol 15+ BROS/CAVA/CMG/SHAK/SG Read-Thrus," dated July 15, 2024, and which is available at https://www.capitaliq.com.

**Exhibit 15**: A Wells Fargo analyst report, dated July 17, 2024, and which is available at https://www.capitaliq.com.

**Exhibit 16**: A *YouGov* article entitled, "Is Chipotle feeling the heat amid portion size concerns? Buzz and Value scores are certainly dipping," dated July 19, 2024, and which is publicly available at https://business.yougov.com/content/50139-chipotle-brand-health-tiktok-portion-sizes-2024.

**Exhibit 17**: The transcript from Chipotle's Q2 2024 Earnings Call, dated July 24, 2024, and which is available at https://www.spglobal.com/market-intelligence/en.

**Exhibit 18**: A Deutsche Bank analyst report, dated July 25, 2024, and which is available at https://www.capitaliq.com.

**Exhibit 19**: An Evercore ISI analyst report, dated July 25, 2024, and which is available at https://www.capitaliq.com.

**Exhibit 20**: A *CBS News* article entitled, "Chipotle customers were right – some restaurants were skimping, CEO says," dated July 24, 2024, and which is

publicly available at https://www.cbsnews.com/news/chipotle-portion-order-size-bowl-ceo-brian-niccol/.

**Exhibit 21**: A *Forbes* article entitled, "Some Chipotles Actually Were Skimping On Portion Sizes—But 'Generous' Servings Are Priority, Chipotle CEO Says," dated July 25, 2024, and which is publicly available at https://www.forbes.com/sites/ariannajohnson/2024/07/25/some-chipotles-actually-were-skimping-on-portion-sizes-but-generous-servings-are-priority-chipotle-ceo-says/.

**Exhibit 22**: A *Fox 26 Houston* article entitled, "Chipotle CEO admits some restaurants were skimping on portion sizes," dated July 29, 2024, and which is publicly available at https://www.fox26houston.com/news/chipotle-portion-sizes-ceo.

**Exhibit 23**: A *Today* article entitled, "Chipotle says it will increase its portion sizes following customer complaints," dated July 29, 2024, and which is publicly available at https://www.today.com/food/news/chipotle-portion-sizes-response-rcna154293.

**Exhibit 24**: A *Wall Street Journal* article entitled, "Chipotle Fans Take Burrito 'Skimp' Into Their Own Hands," dated August 5, 2024, and which is available at https://www.wsj.com/lifestyle/chipotle-burrito-skimp-sizes-portions-00d27593.

**Exhibit 25**: Chipotle's Form 8-K, which was filed with the SEC on October 29, 2024, and is publicly available at https://www.sec.gov/edgar.

**Exhibit 26**: The transcript from Chipotle's Q3 2024 Earnings Call, dated October 29, 2024, and which is available at https://www.spglobal.com/market-intelligence/en.

**Exhibit 27**: Historical data for the price of Chipotle's stock (CMG) between October 2, 2023, and December 30, 2024, published by *Yahoo! Finance* and publicly

available at https://finance.yahoo.com/quote/CMG/history (last visited June 30, 2025).

**Exhibit 28**: John R. Hartung's Form 4 filed on June 14, 2024, with the SEC, which is publicly available at https://www.sec.gov/edgar.

**Exhibit 29**: A compilation of Brian Niccol's Forms 4 filed on April 26, 2024, February 16, 2023, February 9, 2022, and January 3, 2022, with the SEC, which are publicly available at https://www.sec.gov/edgar.

IT IS SO ORDERED.

Dated: _____          By: _____
                                 HON. SHERILYN PEACE GARNETT
                                 UNITED STATES DISTRICT JUDGE

6