UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CHIPOTLE MEXICAN GRILL, INC., et al.,

Defendants.

Case No. 8:24-cv-02459-SPG-JDE

CLASS ACTION

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT [ECF NO. 72]

On March 3, 2026, Defendants Chipotle Mexican Grill, Inc. ("Chipotle"), Brian Niccol, John R. Hartung, and Laurie Schalow (collectively "Defendants") filed their Notice of Motion and Motion to Dismiss the Second Amended Complaint (ECF 72) ("Motion") pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 ("PSLRA").

The Court, having considered Defendants' Motion, Lead Plaintiff Lisa Tai's ("Lead Plaintiff") opposition thereto, Defendants' reply brief in further support of their Motion, and all other parts of the record and finding insufficient good cause therefor, hereby DENIES the Motion in its entirety and ORDERS as follows:

1. Pursuant to Federal Rules of Civil Procedure Rule 9(b) and 15 U.S.C. §78u-4(b)(1) of the PSLRA, the Second Amended Complaint for Violations of the Federal Securities Laws (ECF 70) ("Complaint") sufficiently alleges that Defendants made false and misleading statements during the April 25, 2024 to October 29, 2024 class period;

2. Pursuant to 15 U.S.C. §78u-4(b)(2) of the PSLRA, the Complaint gives rise to a strong inference that Defendants acted with scienter when they made their false and misleading Class Period statements;

3. The Complaint adequately alleges the element of loss causation;

4. The Complaint adequately alleges Defendants' scheme to mislead Chipotle's customers and investors based on allegations independent of the misleading statements Lead Plaintiff challenges in the case;

5. The Complaint adequately raises a claim pursuant to Federal Rule of Civil Procedure 12(b)(6); and

- 1 -

6.    Pursuant to Federal Rule of Civil Procedure Rule 16(b), the Court hereby sets a Scheduling Conference for this action on _____, 2026, at _____ a.m./p.m.  The parties are to file a proposed Scheduling Order with the Court ____ business days in advance of the Scheduling Conference.

IT IS SO ORDERED.

DATED:  _____        _____
                                            HON. SHERILYN PEACE GARNETT
                                            UNITED STATES DISTRICT JUDGE

- 2 -