JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL STRADFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., BRIAN NICCOL; JOHN R. HARTUNG; and LAURIE SCHALOW,<br><br>Defendants. | Case No. 8:24-cv-02459-SPG-JDE<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants Chipotle Mexican Grill, Inc., Brian Niccol, John R. Hartung, and Laurie Schalow's Motion to Dismiss, filed concurrently herewith, Lead Plaintiff Lisa Tsai's Second Amended Complaint, filed at ECF No. 70, is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE